1
2
3
4
5
6
7
O

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BODNAR, ) | Case No. EDCV 11-92-DSF (OP) |
| ) | |
| Plaintiff, ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. ) | |
| RIVERSIDE COUNTY SHERIFF'S ) DEPARTMENT, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Plaintiff, de novo

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that: (1) accepting this Report and Recommendation; (2) granting Defendants' Motion to Dismiss the Complaint; and (3) dismissing the Complaint with prejudice as untimely.

DATED: 4/12/12

*[signature: Dale S. Fischer]*
HONORABLE DALE S. FISCHER
United States District Judge

Prepared by:

*[signature]*
HONORABLE OSWALD PARADA
United States Magistrate Judge