O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS BODNAR, | ) | Case No. EDCV 11-92-DSF (OP) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, et al., | ) | |
| Defendants, | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Plaintiff, de novo

/ / /

/ / /

/ / /

1  IT IS HEREBY ORDERED that: (1) accepting this Report and
2  Recommendation; (2) granting Defendants' Motion to Dismiss the Complaint; and
3  (3) dismissing the Complaint with prejudice as untimely.

4       4/12/12
5  DATED: _____
                               HONORABLE DALE S. FISCHER
6                               United States District Judge

7
8  Prepared by:
9
10
11  HONORABLE OSWALD PARADA
   United States Magistrate Judge
12