Case 5:11-cv-00092-DSF-OP Document 29 Filed 04/12/12 Page 1 of 2 Page ID #:292

JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THOMAS BODNAR, | ) | Case No. EDCV 11-92-DSF (OP) |
|---|---|---|
| Plaintiff, | ) ) ) | J U D G M E N T |
| vs. | ) ) | |
| RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, et al., | ) ) ) | |
| Defendants | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1 |     IT IS ADJUDGED that the Complaint is dismissed with prejudice.

DATED: 4/12/12

_____
HONORABLE DALE S. FISCHER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge