JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BODNAR, | Case No. EDCV 11-92-DSF (OP) |
| Plaintiff, | J U D G M E N T |
| vs. | |
| RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ADJUDGED that the Complaint is dismissed with prejudice.

DATED: 4/12/12

*/s/ Dale S. Fischer*
HONORABLE DALE S. FISCHER
United States District Judge

Prepared by:

*/s/ Oswald Parada*
HONORABLE OSWALD PARADA
United States Magistrate Judge